■ In the Matter of AVA W., a Child Alleged to be Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; REBECCA S., Appellant, et al., Respondent. (Appeal No. 3.) [51 NYS3d 920]—Appeal from an order of the Family Court, Erie County (Sharon M. LoVallo, J.), entered March 6, 2015. The order, among other things, continued the placement of the subject child with petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Emily W. (Michael S.— Rebecca S.)* ([appeal No. 1] 150 AD3d 1707 [2017]). Present— Centra, J.P., Carni, NeMoyer, Curran and Troutman, JJ.

■ In the Matter of MICHAEL S., JR., a Child Alleged to be Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; REBECCA S., Appellant, et al., Respondent. (Appeal No. 4.) [51 NYS3d 921]—Appeal from an order of the Family Court, Erie County (Sharon M. LoVallo, J.), entered March 6, 2015. The order, among other things, continued the placement of the subject child with petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Emily W. (Michael S.— Rebecca S.)* ([appeal No. 1] 150 AD3d 1707 [2017]). Present— Centra, J.P., Carni, NeMoyer, Curran and Troutman, JJ.